[L. A. No. 10657. In Bank.—December 31, 1930.]

RUTH EUNA RUTHERFORD et al. v. CITY OF LOS ANGELES (a Municipal Corporation) et al., Respondents.

Roy A. Linn, Woodruff, Musick & Hartke, Walter W. Rennie and Harmel L. Pratt for Appellants.

Erwin P. Werner, City Attorney, and Frederick von Schrader, Deputy City Attorney, for Respondents.

THE COURT.—The facts and problems involved in this case are set forth in the opinion in the case of *Jones* v. *City of Los Angeles* (L. A. No. 10654), *ante*, p. 304 [295 Pac. 14], this day filed. ▪ On the authority of that case the judgment is reversed.

Rehearing denied.

Seawell, J., Curtis, J., and Shenk, J., dissented.